AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>686 U.S. ROUTE 202, UNIT B, RINDGE, NH 03461 | )<br>)<br>)  Case No. 24-mj- 310-AJ<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A-5

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1341 | - Mail Fraud |
| 18 U.S.C. § 1343 | - Fraud by Wire, Radio, or Television |
| 18 U.S.C. § 1349 | - Attempt and conspiracy |
| 18 U.S.C. § 1956 | - Laundering of Monetary Instruments |
| 18 U.S.C. § 1957 | - Engaging in Monetary Transactions in Property Derived From Specified Unlawful Activity |

The application is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/Bradley Nims
_____
*Applicant's  signature*

Special Agent Bradley Nims, HSI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephonic Means    *(specify reliable electronic means).*

Date: **Nov 15, 2024**

*Andrea K. Johnstone*
_____
*Judge's signature*

City and state:  Concord, NH

Andrea K. Johnstone, US Magistrate Judge
_____
*Printed name and title*